FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 12:04 pm, Jun 17, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 5:19-cr-003 |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM TRAVIS ROOF | ) | |

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, on February 6, 2019, a Grand Jury sitting the Southern District of Georgia returned a six-Count Indictment against Defendant William Travis Roof, and several others, charging a violations of 21 U.S.C. § 846 (Count One – Conspiracy to Possess with intent to Distribute a Controlled Substance), 21 U.S.C. § 841(a)(1) (Count Two – Possession with Intent to Distribute Controlled Substance (Methamphetamine and Marihuana)), 18 U.S.C. § 922(g)(1) (Count Three – Possession of a Firearm by a Prohibited Peron), 18 U.S.C. § 924(c) (Counts Four and Five – Possession of a Firearm in Furtherance of a Drug Trafficking Crime), and 21 U.S.C. § 856(a)(1) & 18 U.S.C. § 2 (Count Six – Maintaining a Drug-Involved Premises);

WHEREAS, the Indictment sought forfeiture pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c);

WHEREAS, on August 19, 2019, pursuant to a written plea agreement, Defendant pled guilty to Count One of the Indictment charging a violation of 21 U.S.C. § 846, Conspiracy to Possess with intent to Distribute a Controlled Substance;

WHEREAS, pursuant to his plea agreement, Defendant agreed to forfeit his interest in any firearms and ammunition involved or used in the knowing commission of the offense to which he has agreed to plead guilty, specifically Rossi .38 caliber handgun, serial number FM69196. (hereinafter, the "Subject Property"); and

WHEREAS, pursuant to his plea agreement, Defendant agreed to waive the requirements of Federal Rules of Criminal Procedure 11(b)(1)(J), 32.2, and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment without further order of the Court.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Pursuant to 18 U.S.C. § 924(d) 28 U.S.C. § 2461(c), and Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, the United States has established the requisite nexus between the Subject Property and the charge of conviction.

2. Government has established the requisite nexus between the above-described Subject Property and the offense committed by Defendant, and the Subject Property is hereby forfeited to the United States, and the Government shall now ensure that the Subject Property is paid in full.

3. Forfeiture shall become final upon entry of this Order of Forfeiture, and as provided by Fed. R. Crim. P. 32.2(c)(1), no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment.

4. Upon the entry of this Order, in accordance with Fed. R. Crim. P. 32.2(b)(3),

5. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

6. The Clerk of the Court shall forward four certified copies of this Order to Assistant U.S. Attorney Joseph P. McCool, United States Attorney's Office for the Southern District of Georgia, P.O. Box 8970, Savannah, Georgia 31412.

SO ORDERED, this __17th__ day of __June_____, 2020.

_____
LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA